35 A.3d 675

IN THE MATTER OF NELSON DIAZ, AN ATTORNEY AT LAW, (ATTORNEY NO. 007221987).

February 8, 2012.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 11–236, concluding that **NELSON DIAZ** of **CHERRY HILL,** who was admitted to the bar of this State in 1987, should be reprimanded for violating *RPC* 5.1(c)(1) (failure to supervise lawyer employee), *RPC* 5.3(c)(1) (failure to supervise nonlawyer employee), *RPC* 8.4(a) (violate or attempt to violate the *Rules of Professional Conduct,* knowingly assist or induce another to do so, or do so through the acts of another), *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and *RPC* 8.4(d) (conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **NELSON DIAZ** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual

expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.